## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) DEFENSE LAWYERS, P.A., a Florida corporation,) ) Defendant. ) | Case No.15 C 10497<br><br>Hon. Judge Lefkow<br><br>Magistrate Judge Mason |

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Scott D.H. Redman, by counsel, and Defendant, Defense Lawyers, P.A., by counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each party to bear their own attorney fees and costs with no consideration exchanged.

Respectfully submitted,

| | |
|---|---|
| /s/Stephanie A. Strickler | /s/Karl Leinberger |
| Stephanie A. Strickler | Karl Leinberger |
| Counsel for Defendant | Counsel for Plaintiff |
| Messer Strickler, Ltd. | Markoff Leinberger LLC |
| 225 W. Washington Street, Suite 575 | 134 N. LaSalle Street, Suite 1050 |
| Chicago, IL 60606 | Chicago, IL 60602 |
| Office: (312) 334-3465 | Office: (312) 726-8300 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2018, a true and accurate copy of the foregoing was filed with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/ Stephanie A. Strickler
Stephanie A. Strickler
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60606
312-334-3469
312-334-3473(fax)
sstrickler@messerstrickler.com
*Attorney for Defendant*